In the Matter of the Application of CANDEE, SMITH & HOWLAND COM-
PANY, Appellant, for Leave to Sue in Its Own Name on the Under-
taking given by CLEONICE POLICASTRO and Another to Discharge a
Mechanic's Lien Filed by Petitioner; ILLINOIS SURETY COMPANY,
Respondent.

Appeal from an order, entered in the New York county clerk's office on
the 7th day of February, 1916, denying a motion by petitioner for leave
to sue the Illinois Surety Company on its undertaking given to discharge
a mechanic's lien.

PER CURIAM: The order appealed from is affirmed, with ten dollars
costs and disbursements, on the ground that no leave to sue is necessary.
(*Pierce, Butler & Pierce Mfg. Co.* v. *Wilson*, 118 App. Div. 662; *Vitelli* v.
*May*, 120 id. 448.)  Present — Clarke, P. J., Scott, Dowling, Smith and
Page, JJ.   Order affirmed, with ten dollars costs and disbursements.